1  Edward F. O'Connor, Esq. (State Bar No. 123398)
   Becky V. Christensen, Esq. (State Bar No. 147013)
2  Craig McLaughlin, Esq. (State Bar No. 182876)
   O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
3  1920 Main Street, Suite 150
   Irvine, California 92614
4  Telephone: (949) 851-5000
   Facsimile: (949) 851-5051
5  E-mail: efo@ocmiplaw.com
   E-mail: bvc@ocmiplaw.com
6  E-mail: cml@ocmiplaw.com

7  Attorneys for Defendants
   PACIFIC SHORE FUNDING, INC. d/b/a
8  123 LOAN.COM; 123 LOAN, LLC



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NEW CENTURY MORTGAGE CORPORATION, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC SHORE FUNDING, INC., a California corporation, D/B/A 123 LOAN.COM; 123 LOAN, LLC, a Nevada Limited Liability Company<br><br>Defendants. | Case No.: SACV 05-747 JVS (ANx)<br><br>Before the Honorable James V. Selna<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF STATUS CONFERENCE**<br><br>Date: December 5, 2005<br>Time: 10:30 a.m.<br>Courtroom: 10C |



1

1 | Plaintiff New Century Mortgage Corporation and Defendants Pacific
2 | Shore Funding, Inc., d/b/a 123 Loan.com; 123 Loan, LLC by their counsel of
3 | record, stipulate as follows:

4 | 1. There is a status conference currently scheduled for December 5,
5 | 2005, at 10:30 a.m.

6 | 2. Counsel for both parties agree that the status conference be
7 | continued to December 12, 2005 at 10:30 a.m.

9 | IT IS THEREFORE STIPULATED by and among the parties that the
10 | status conference presently set for December 5, 2005, be continued to December
11 | 12, 2005 at 10:30 a.m. or the Court's earliest available date therefore.

Dated: November ___/___, 2005         O'Connor Christensen & McLaughlin LLP

By: _____
Edward F. O'Connor, Esq.
Becky V. Christensen, Esq.
Craig McLaughlin, Esq.

Attorney for Defendants
PACIFIC SHORE FUNDING, INC. DBA
123 LOAN.COM; 123 LOAN, LLC

Rutan & Tucker, LLP


By: _____
Ronald P. Oines
Ako S. Williams

Attorneys for Plaintiff
NEW CENTURY MORTGAGE
CORPORATION

Plaintiff New Century Mortgage Corporation and Defendants Pacific Shore Funding, Inc., d/b/a 123 Loan.com; 123 Loan, LLC by their counsel of record, stipulate as follows:

1. There is a status conference currently scheduled for December 5, 2005, at 10:30 a.m.

2. Counsel for both parties agree that the status conference be continued to December 12, 2005 at 10:30 a.m.

IT IS THEREFORE STIPULATED by and among the parties that the status conference presently set for December 5, 2005, be continued to December 12, 2005 at 10:30 a.m. or the Court's earliest available date therefore.

Dated: November __/__, 2005   O'Connor Christensen & McLaughlin LLP

By: _____
Edward F. O'Connor, Esq.
Becky V. Christensen, Esq.
Craig McLaughlin, Esq.

Attorney for Defendants
PACIFIC SHORE FUNDING, INC. DBA
123 LOAN.COM; 123 LOAN, LLC

Rutan & Tucker, LLP

By: _____
Ronald P. Oines
Ako S. Williams

Attorneys for Plaintiff
NEW CENTURY MORTGAGE
CORPORATION

2

## ORDER

The Court having reviewed the foregoing stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the status conference set for December 5, 2005 at 10:30 a.m. is continued until _____12/12_____, 2005 at __10:30 am__.

Dated: 11.2.05

_____
Honorable James V. Selna
United States District Court Judge

3

...

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) §
COUNTY OF ORANGE )

I am employed in Orange County, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is O'Connor Christensen & McLaughlin LLP, 1920 Main Street, Suite 150, Irvine, California 92614.

On November 2, 2005, I served the foregoing document:

**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF STATUS CONFERENCE**

X **VIA FACSIMILE.** I sent such document from facsimile machine (949) 851-5051 on November 2, 2005. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (949) 851-5051 which confirms said transmission and receipt.

X **VIA U.S. MAIL.** I placed a true copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California on November 2, 2005, addressed as set forth below. I am readily familiar with firm's practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **VIA PERSONAL SERVICE.** I personally delivered a true copy of the document(s) listed above to an attorney service for same day delivery to the person(s) at the address(es) set forth below on November 1, 2005.

| | |
|---|---|
| Ronald P. Oines, Esq.<br>Ako S. Williams, Esq.<br>Rutan & Tucker, LLP<br>611 Anton Boulevard, 14th Floor<br>Costa Mesa, CA 92626<br>Telephone #: (714) 641-5100<br>Facsimile #: (714) 546-9035 | Cynthia Clarke Weber, Esq.<br>Gary D. Krugman, Esq.<br>Leigh Ann Lindquist, Esq.<br>Sughrue Mion, PLLC<br>2100 Pennsylvania Avenue, NW,<br>Suite 800<br>Washington, DC 20037<br>Telephone #: (202) 663-7927<br>Facsimile #: (202) 331-4308 |

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 2, 2005, at Orange County, California.

*/s/ Rebecca Meegan*
Rebecca Meegan